**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOEL A. GOLDMAN, SB #41367
IVAN L. TJOE, SB #203420
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone:  (213) 250-1800
Facsimile:  (213) 250-7900
Email:      jgoldman@lbbslaw.com
            tjoe@lbbslaw.com

Attorneys for Plaintiff TELEMASTERS, INC.,
a California Corporation

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| TELEMASTERS, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE VINTAGE CLUB MASTER ASSOCIATION, a California nonprofit corporation; ARTHUR ("ART") ALLEN, an individual; JOHNETHAN DENAULT, an individual; SCOTT MUSGRAVE, an individual; DIGITAL STREETS, a California stock corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO.:  CV 05-05139 RGK (VBKx)<br><br>[Assigned to The Honorable R. Gary Klausner, Dept. 850-Roybal]<br><br>Complaint Filed: September 8, 2005<br><br>[PROPOSED] JUDGMENT |

4842-9108-9922.1

1. On May 11, 2007, the Court by the Honorable Florence-Marie Cooper, granted, in part, Defendants The Vintage Club Master Association and Arthur Allen's Motion for Summary Judgment.

2. On December 14, 2007, this Court, by the Honorable R. Gary Klausner, granted, in part, Defendants' Motion for Judgment as a Matter of Law pursuant to F.R.C.P. Rule 50(a).

3. On December 14, 2007, trial ended and the jury entered verdicts for Plaintiff Telemasters, Inc., in the amount of $698,000.

4. On January 18, 2008, Defendants moved for a renewed motion for judgment as a matter of law pursuant to F.R.C.P. 50(b), or in the alternative, for a new trial pursuant to F.R.C.P. 59. On February 19, 2008, the Court continued the matter due to Defendants failure to comply with Local Rule 7-5 by not including any specific evidence in support of its arguments, *i.e*, referring to relevant portions of the trial transcript and/or documentary evidence admitted at trial.

5. On March 10, 2008, Defendants moved for a revised renewed motion for judgment as a matter of law pursuant to F.R.C.P. 50(b), or in the alternative, for a new trial pursuant to F.R.C.P. 59. On April 9, 2008, the Court granted in part and denied in part Defendants' revised renewed motion and reduced the awarded damages. The Court also upheld the jury's determination as to Allen's liability. The Court also denied Defendants' motion for a new trial.

6. In 2007 Plaintiff settled with Defendants Digital Streets, Jonethan DeNault and Scott Musgrave for the amount of $30,000 paid to Plaintiff Telemasters, Inc. ("the Settlement")

7. Judgment is entered for Defendants The Vintage Club Master Association and Arthur Allen and against Plaintiff Telemasters on the Second, Third, Eighth, Ninth and Thirteenth Claims for Relief in the Second Amended Complaint.

8. Judgment is entered for Plaintiff Telemasters, Inc. and against The Vintage Club Master Association and Arthur Allen, jointly and severally, on the Fifth Claim for Relief and against The Vintage Club Master Association only on the Fourth, Tenth and Fourteenth Claims for Relief set forth in the Second Amended Complaint in the amount of $~~65,000~~ 35,000, which amount is concurrent and not cumulative. *This amt. reflects an offset of $30,000 for the settlement amount paid to Plaintiff by Def. Digital Stream.*

9. Interests, costs, attorneys' fees ~~and all issues relative to a credit for the Settlement shall be determined by the Court after consideration of the parties'~~ *to the parties'* ~~application(s) or motion(s) for attorneys' fees, costs, interest and credit for the Settlement.~~ *Settlement Agreement shall be considered by the Ct. by way of regularly noticed motion.*

a. Interest ~~in the amount of_____is awarded to_____~~ *shall be considered by the Ct. by way of regularly noticed motion.*

b. Costs ~~in the amount of_____are awarded to_____~~ *shall be determined by Application to the Clerk of the Ct.*

c. *Any* Attorneys' fees ~~in the amount of_____are awarded to_____~~ *shall be considered by the Court by way of regularly noticed motion.*

d. ~~Credit for the Settlement if any in the amount of_____~~

## JUDGMENT

It is so ordered on ~~*illegible*~~

JUL - 2 2008

_____
The Honorable R. Gary Klausner
United States District Court
Central District of California